| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Jessica L. Rivello |
| Case No.: | 13-18146 |
| Loan No.: | XXXXXX3705 |
| Our File No.: | 4121-N-5383 |
| Collateral: | 2424 S 5th St, Philadelphia, PA 19148 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 3/20/2018 |
| Initial Due Date: | 10/20/2013 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description | |
|---|---|---|---|---|---|---|---|
| | $ - | 10/20/2013 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| | $ - | 11/20/2013 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 12/3/2013 | $ 850.00 | | | $ - | $ 850.00 | Funds Received | |
| 12/4/2013 | $ - | | | $ 13.27 | $ 13.27 | Curtailment | |
| 12/20/2013 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| | $ - | 12/20/2013 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 12/23/2013 | $ - | | | $ 6.58 | $ 6.58 | Curtailment | |
| 1/17/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 1/20/2014 | $ - | | | $ 6.86 | $ 6.86 | Curtailment | |
| | $ - | 1/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 2/14/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 2/17/2014 | $ - | | | $ 6.88 | $ 6.88 | Curtailment | |
| | $ - | 2/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 3/4/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 3/5/2014 | $ - | | | $ 6.91 | $ 6.91 | Curtailment | |
| | $ - | 3/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 4/11/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 4/14/2014 | $ - | | | $ 7.23 | $ 7.23 | Curtailment | |
| | $ - | 4/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 5/9/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 5/12/2014 | $ - | | | $ 7.28 | $ 7.28 | Curtailment | |
| | $ - | 5/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 6/17/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 6/18/2014 | $ - | | | $ 7.42 | $ 7.42 | Curtailment | |
| | $ - | 6/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| | $ - | 7/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 7/21/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 7/22/2014 | $ - | | | $ 7.47 | $ 7.47 | Curtailment | |
| 8/15/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 8/18/2014 | $ - | | | $ 7.60 | $ 7.60 | Curtailment | |
| | $ - | 8/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 9/12/2014 | $ 425.00 | | | $ - | $ 425.00 | | 0 |
| 9/15/2014 | $ - | | | $ 7.65 | $ 7.65 | Curtailment | |
| | $ - | 9/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 10/10/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| 10/13/2014 | $ - | | | $ 7.70 | $ 7.70 | Curtailment | |
| | $ - | 10/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 11/7/2014 | $ 425.00 | | | $ - | $ 425.00 | | 0 |
| 11/10/2014 | $ - | | | $ 7.85 | $ 7.85 | Curtailment | |
| | $ - | 11/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 12/19/2014 | $ 425.00 | | | $ - | $ 425.00 | Funds Received | |
| | $ - | 12/20/2014 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 12/22/2014 | $ - | | | $ 7.91 | $ 7.91 | Curtailment | |
| | $ - | 1/20/2015 | $ 418.38 | $ - | $ (418.38) | Payment Accrued | |
| 2/13/2015 | $ 425.00 | | | $ - | $ 425.00 | | 0 |
| 2/16/2015 | $ - | | | $ 8.06 | $ 8.06 | Curtailment | |

| Date | Amount | Date | Amount | | Amount | Balance | Note |
|---|---|---|---|---|---|---|---|
| | $ - | 2/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 2/27/2015 | $ 425.00 | | | $ | - | $ 425.00 | Funds Received |
| 3/2/2015 | $ - | | | $ | 7.99 | $ 7.99 | Curtailment |
| 3/13/2015 | $ 425.00 | | | $ | - | $ 425.00 | 0 |
| 3/16/2015 | $ - | | | $ | 8.04 | $ 8.04 | Curtailment |
| | $ - | 3/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 4/10/2015 | $ 425.00 | | | $ | - | $ 425.00 | Funds Received |
| 4/13/2015 | $ - | | | $ | 8.49 | $ 8.49 | Curtailment |
| | $ - | 4/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 5/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 5/21/2015 | $ 425.00 | | | $ | - | $ 425.00 | 0 |
| 5/22/2015 | $ - | | | $ | 8.56 | $ 8.56 | Curtailment |
| 6/5/2015 | $ 425.00 | | | $ | - | $ 425.00 | Funds Received |
| 6/8/2015 | $ - | | | $ | 8.73 | $ 8.73 | Curtailment |
| | $ - | 6/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 7/2/2015 | $ 425.00 | | | $ | - | $ 425.00 | 0 |
| 7/6/2015 | $ - | | | $ | 8.80 | $ 8.80 | Curtailment |
| | $ - | 7/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 8/14/2015 | $ 425.00 | | | $ | - | $ 425.00 | Funds Received |
| 8/17/2015 | $ - | | | $ | 8.98 | $ 8.98 | Curtailment |
| | $ - | 8/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 9/18/2015 | $ 425.00 | | | $ | - | $ 425.00 | 0 |
| | $ - | 9/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| 9/21/2015 | $ - | | | $ | 9.08 | $ 9.08 | Curtailment |
| | $ - | 10/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 11/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 12/20/2015 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 1/20/2016 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 2/20/2016 | $ 418.38 | $ | - | $ (418.38) | Payment Accrued |
| | $ - | 3/20/2016 | $ 419.08 | $ | - | $ (419.08) | Payment Accrued |
| | $ - | 4/20/2016 | $ 419.10 | $ | - | $ (419.10) | Payment Accrued |
| | $ - | 5/20/2016 | $ 419.36 | $ | - | $ (419.36) | Payment Accrued |
| | $ - | 6/20/2016 | $ 419.55 | $ | - | $ (419.55) | Payment Accrued |
| | $ - | 7/20/2016 | $ 419.88 | $ | - | $ (419.88) | Payment Accrued |
| | $ - | 8/20/2016 | $ 420.14 | $ | - | $ (420.14) | Payment Accrued |
| | $ - | 9/20/2016 | $ 420.55 | $ | - | $ (420.55) | Payment Accrued |
| | $ - | 10/20/2016 | $ 421.00 | $ | - | $ (421.00) | Payment Accrued |
| | $ - | 11/20/2016 | $ 421.38 | $ | - | $ (421.38) | Payment Accrued |
| | $ - | 12/20/2016 | $ 421.91 | $ | - | $ (421.91) | Payment Accrued |
| | $ - | 1/20/2017 | $ 422.38 | $ | - | $ (422.38) | Payment Accrued |
| | $ - | 2/20/2017 | $ 425.41 | $ | - | $ (425.41) | Payment Accrued |
| | $ - | 3/20/2017 | $ 426.11 | $ | - | $ (426.11) | Payment Accrued |
| | $ - | 4/20/2017 | $ 426.47 | $ | - | $ (426.47) | Payment Accrued |
| | $ - | 5/20/2017 | $ 429.59 | $ | - | $ (429.59) | Payment Accrued |
| | $ - | 6/20/2017 | $ 430.33 | $ | - | $ (430.33) | Payment Accrued |
| | $ - | 7/20/2017 | $ 431.26 | $ | - | $ (431.26) | Payment Accrued |
| | $ - | 8/20/2017 | $ 434.34 | $ | - | $ (434.34) | Payment Accrued |
| | $ - | 9/20/2017 | $ 435.42 | $ | - | $ (435.42) | Payment Accrued |
| | $ - | 10/20/2017 | $ 436.57 | $ | - | $ (436.57) | Payment Accrued |
| | $ - | 11/20/2017 | $ 437.64 | $ | - | $ (437.64) | Payment Accrued |
| | $ - | 12/20/2017 | $ 438.92 | $ | - | $ (438.92) | Payment Accrued |
| | $ - | 1/20/2018 | $ 440.12 | $ | - | $ (440.12) | Payment Accrued |
| | $ - | 2/20/2018 | $ 443.57 | $ | - | $ (443.57) | Payment Accrued |
| | $ - | 3/20/2018 | $ 445.13 | $ | - | $ (445.13) | Payment Accrued |
| Total: | $ 10,200.00 | | $ 22,838.23 | $ | 185.34 | $ (12,452.89) | |