# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica L. Rivello aka Jessica L. Petras<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3<br>Movant<br>vs. | NO. 13-18146 MDC |
| Jessica L. Rivello aka Jessica L. Petras<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 24th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2424 S. 5th St, Philadelphia, PA 19148 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
Magdeline D. C_____
BJ.

Jessica L. Rivello aka Jessica L. Petras
211 Sylvania Avenue
Folsom, PA 19033

Lawrence S. Rubin
Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532