United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18146-mdc
Jessica L. Rivello                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 25, 2018
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2018.
db             +Jessica L. Rivello,    211 Sylvania Avenue,    Folsom, PA 19033-1911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
      ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
      CELINE P. DERKRIKORIAN     on behalf of Creditor    OCWEN LOAN SERVICING, LLC ecfmail@mwc-law.com
      DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
   BNCmail@w-legal.com,    DanS@w-legal.com
      DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
   DanS@w-legal.com
      JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
   paeb@fedphe.com
      LAWRENCE S. RUBIN    on behalf of Debtor Jessica L. Rivello echo@pennlawyer.com,
   foxtrot@pennlawyer.com
      MARISA MYERS COHEN    on behalf of Creditor    Ocwen Loan Servicing, LLC mcohen@mwc-law.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
   of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
   Servicing wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                     TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica L. Rivello aka Jessica L. Petras<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3<br>Movant<br>vs. | NO. 13-18146 MDC |
| Jessica L. Rivello aka Jessica L. Petras<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

### ORDER

AND NOW, this 24th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2424 S. 5th St, Philadelphia, PA 19148 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
BJ.

Jessica L. Rivello aka Jessica L. Petras
211 Sylvania Avenue
Folsom, PA 19033

Lawrence S. Rubin
Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532