**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jessica L. Rivello aka Jessica L. Petras<br>              <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 13-18146 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank and index same on the master mailing list.

                      Respectfully submitted,

                      <u>**/s/ Kevin G. McDonald, Esquire**</u>
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734