**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                                CASE NO.: 13-18146-mdc
                                                                                                              CHAPTER 13
Jessica L. Rivello,

   Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of USAA FEDERAL SAVINGS BANK ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097**

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA  19063

JESSICA L. RIVELLO
211 SYLVANIA AVENUE
FOLSOM, PA  19033

WILLIAM C. MILLER - CHAPTER 13 TRUSTEE
111 S. INDEPENDENCE MALL
SUITE 583
PHILADELPHIA, PA  19106

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA  19107

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com