UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:                                                     CASE NO.: 18-01908-CED
                                                                    CHAPTER 13

Kimberly A. Benson ,
Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Can Guner
                                       Can Guner, Esquire
                                       Email: cguner@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  May 2, 2018  , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID HOLLAND
DAVID HOLLAND LAW
3639 CORTEZ ROAD WEST, STE 111
BRADENTON, FL 34210

KIMBERLY A. BENSON
1308 DRURY LANE
ENGLEWOOD, FL 34224

JON WAAGE
CHAPTER 13
P O BOX 25001
BRADENTON, FL 34206-5001

UNITED STATES TRUSTEE - FTM7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Can Guner
    Can Guner, Esquire
    Email: cguner@rasflaw.com