United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-18146-mdc
Jessica L. Rivello                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1             Date Rcvd: Jun 11, 2018
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
13173491        +USAA Federal Savings Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ecfmail@mwc-law.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
           BNCmail@w-legal.com,   DanS@w-legal.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
          JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank bkyefile@rasflaw.com
          LAWRENCE S. RUBIN    on behalf of Debtor Jessica L. Rivello echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          MARISA MYERS COHEN    on behalf of Creditor    Ocwen Loan Servicing, LLC mcohen@mwc-law.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
           Servicing wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                          TOTAL: 16

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18146-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jessica L. Rivello
211 Sylvania Avenue
Folsom PA 19033

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/05/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: USAA Federal Savings Bank, 9441 LBJ Freeway, Suite 350, Dallas, TX 75243

Name and Address of Transferee:

Nationstar Mortgage LLC
P.O. Box 619094, Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/13/18

Tim McGrath
**CLERK OF THE COURT**