UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jessica Rivello                                : Chapter 13

    Debtor                                    : Bky No. 13-18146 MDC

## ORDER

It appearing that the debtor having competed payments under his chapter 13 plan, it is ordered that any wage orders in this case are hereby terminated.

*Magdeline D. Coleman*
_____
Magdeline D. Coleman, Bankruptcy Judge

Dated:  November 20, 2018