United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jessica L. Rivello  
    Debtor

Case No. 13-18146-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Nov 20, 2018  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.  
db        +Jessica L. Rivello,   211 Sylvania Avenue,   Folsom, PA 19033-1911  
           +Verizon,   201 Centennial Avenue,   2nd Floor,   Piscataway, NJ 08854-3909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:

      ANDREW SPIVACK   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com  
      ANDREW SPIVACK   on behalf of Creditor   GREEN TREE SERVICING LLC paeb@fedphe.com  
      CELINE P. DERKRIKORIAN   on behalf of Creditor   OCWEN LOAN SERVICING, LLC ecfmail@mwc-law.com  
      DANIEL BRETT SULLIVAN   on behalf of Creditor   USAA Federal Savings Bank, N.A.  
       BNCmail@w-legal.com, DanS@w-legal.com  
      DANIEL BRETT SULLIVAN   on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com,  
       DanS@w-legal.com  
      JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing LLC paeb@fedphe.com  
      JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing, LLC  
       paeb@fedphe.com  
      KEVIN G. MCDONALD   on behalf of Creditor   USAA Federal Savings Bank bkgroup@kmllawgroup.com  
      KEVIN M. BUTTERY   on behalf of Creditor   USAA Federal Savings Bank kbuttery@rascrane.com  
      LAWRENCE S. RUBIN   on behalf of Debtor Jessica L. Rivello echo@pennlawyer.com,  
       foxtrot@pennlawyer.com  
      MARISA MYERS COHEN   on behalf of Creditor   Ocwen Loan Servicing, LLC mcohen@mwc-law.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee  
       of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM EDWARD MILLER   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage  
       Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                    TOTAL: 16

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jessica Rivello    : Chapter 13

    Debtor    : Bky No. 13-18146 MDC

ORDER

It appearing that the debtor having competed payments under his chapter 13 plan, it is ordered that any wage orders in this case are hereby terminated.

_____
Magdeline D. Coleman, Bankruptcy Judge

Dated: November 20, 2018