United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-18146-mdc
Jessica L. Rivello                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 3            Date Rcvd: Dec 13, 2018
                            Form ID: 138NEW        Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.

```
db            +Jessica L. Rivello,    211 Sylvania Avenue,    Folsom, PA 19033-1911
cr            +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                Greenville, SC 29603-0675
cr            +USAA Federal Savings Bank,    WEINSTEIN & RILEY, P.S.,    260 W. 36th Street, Suite 801,
                New York, NY 10018-8992
cr            +USAA Federal Savings Bank,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
13212400      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13149218       Bill Me Later,    PO Box 2394,    Omaha, NB 68103-2394
13149220      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13149221      +Childrens Place/Citicorp Credit Services,    Po Box 6497,    Sioux Falls, SD 57117-6497
13149222      +Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
13149223      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
13244205      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13248933     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13161569      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13149226      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13578415       Green Tree Servicing LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
13642106     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
14118046       Nationstar Mortgage LLC,    P.O. Box 619094, Dallas, TX 75261-9741
13957368       New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                Greenville, SC 29603-0675
13149230      +OCWEN,    3451 Hammond AVe,    Waterloo, IA 50702-5345
13149229      +OCWEN,    3452 Hammond Ave,    Waterloo, IA 50702-5346
13244387      +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    1100 Virginia Drive, Suite 175,
                Fort Washington, PA 19034-3278
13149231       SLS,    Bankruptcy,    8742 Lucent Blvd, St 300,    Highlands Ranch, CO 80129
13173179      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386
13157299     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026)
13149232      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13149233       Toyota Motor Credit,    Po Box 8029,    Cockeysville, MD 21030
13804875       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
13157298       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13149234       USAA,    POB 47504,    San Antonio, TX 78265
13149235       USAA,    POB 47504,    San Antonio, TX
13207607      +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13173491      +USAA Federal Savings Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
14194852      +USAA Federal Savings Bank,    RAS Crane, LLC,    10700 Abbot's Bridge Road,    Suite 170,
                Duluth, GA 30097-8461
13149236      +Usaa Savings Bank,    10750 Mc Dermott,    San Antonio, TX 78288-1600
13164452       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13149237       Wf Fin Bank,    Cscl Dispute Team,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:25     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:31
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:12     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13149219       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:21     Capital 1 Bank,
                Po Box 85520,    Richmond, VA 23285
13149224      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:12     Comenity Bank/Lane Bryant,
                Po Box 182789,    Columbus, OH 43218-2789
13155425       E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13149225      +E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 3                   Date Rcvd: Dec 13, 2018
                               Form ID: 138NEW             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13149227       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:33      Gecrb/tydc,   Po Box 965005,
                 Orlando, FL 32896-5005
13149228        E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:33      Gemb/walmart,   Po Box 965024,
                 El Paso, TX 79998
13807301        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 03:13:58      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC   29603-0587
13257983       +Fax: 407-737-5634 Dec 14 2018 04:10:55     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
13244090       +Fax: 407-737-5634 Dec 14 2018 04:10:55     Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Dept.,
                 1661 Worthington Road,,   Suite 1000 West Palm Beach,   FL. 33409-6488
13246658        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:24
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13157492        E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2018 03:13:52
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13185194       +E-mail/Text: bncmail@w-legal.com Dec 14 2018 03:12:03      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 GREENVILLE, SC  29603-0587
cr*           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
13201976*      +USAA Federal Savings Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ecfmail@mwc-law.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,   DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
              LAWRENCE S. RUBIN    on behalf of Debtor Jessica L. Rivello echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MARISA MYERS COHEN    on behalf of Creditor    Ocwen Loan Servicing, LLC mcohen@mwc-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
                of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
                Servicing wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
```

```
District/off: 0313-2          User: Antoinett              Page 3 of 3          Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW              Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                        TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jessica L. Rivello

     Debtor(s)

Bankruptcy No: 13−18146−mdc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                     For The Court
                                                     Timothy B. McGrath
                                                       Clerk of Court

Dated: 12/13/18

                                                                                            88 − 87
                                                                                        Form 138_new